**May Lenahan, appellee, v. Hyman Feinberg, appellant. Gen. No. 27,760.**

Action for malicious prosecution. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Reversed with finding of facts. Opinion filed December 5, 1922. Rehearing denied December 18, 1922.

Louis S. Gibson, for appellant. Novak & Novak, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**Mildred B. Elsner, appellee, v. Chicago Railways Company et al., appellants. Gen. No. 27,777.**

Action for personal injuries received by plaintiff when alighting from defendants' street car. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Reversed with a finding of facts. Opinion filed December 5, 1922.

T. J. Symmes and Watson J. Ferry, for appellants; John R. Guilliams and Frank L. Kriete, of counsel. Isaac S. Rothschild, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**Antoinette C. Douglas, appellee, v. George F. Harding, Jr., appellant. Gen. No. 27,808.**

Action for personal injuries due to slipping on the floor of the basement of a building owned by defendant in which plaintiff was a tenant. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Reversed with a finding of facts. Opinion filed December 5, 1922.

Vail & Vail, for appellant. John J. Sonsteby and Joseph O. McKiernan, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**J. A. Smith, appellee, v. Pressed Steel Equipment Company, appellant. Gen. No. 27,744.**

Action to recover the balance due on a contract for the making of certain machinery. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Affirmed. Opinion filed December 5, 1922.

Walter H. Eckert and Warren B. Buckley, for appellant. Ellis D. Whipp, for appellee.

Mr. Justice Gridley delivered the opinion of the court.